IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| NEIL ROBERTS, | ] | |
| Petitioner, | ] | |
| v. | ] | 4:11-cv-4353-LSC-RRA |
| ERIC H. HOLDER, et al., | ] | |
| Respondents. | ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the action be dismissed on the merits. Since then, a motion has been filed by the respondents, stating that this whole matter is now moot, as the petitioner has been deported. The fact of the petitioner's deportation has superseded the facts upon which the report and recommendation is based. Therefore, the respondents' motion to dismiss on the ground that the relief sought is moot is due to be GRANTED and the action is due to be DISMISSED AS MOOT.

An appropriate order will be entered.

Done this 6th day of September 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704